FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TEXAS 78711

JUNE 14, 2025

RE: STATUS REQUEST
RE: MOTION FOR REHEARING
RE: 15-24-00119-CV

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUN 24 2025

CHRISTOPHER A. PRINE
CLERK

CLERK,

THE APPELLANT IN THE ABOVE STYLED CAUSE REQUEST TO KNOW THE STATUS OF THE "MOTION FOR A REHEARING" FILED IN THE ABOVE CAUSE. YOUR ASSISTANCE IN THIS MATTER WOULD BE GREATLY APPRECIATED.

RESPECTFULLY,

*Eligah Darnell Jr*

APPELLANT

ELIGAH DARNELL JR #1695278
2664 FM 2054
TENNESSEE COLONY, TX 75886